**STATE of Missouri, Respondent,**

v.

**Jerry THORPE, Jr., Appellant.**

**No. WD 51221.**

Missouri Court of Appeals,
Western District.

Feb. 27, 1996.

Gary E. Brotherton, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Christine M. Blegen, Asst. Atty. Gen., Jefferson City, for respondent.

Before FENNER, C.J., P.J.,
LOWENSTEIN and HANNA, JJ.

### ORDER

PER CURIAM.

This appeal arises from a jury-tried case where appellant was convicted of second degree burglary with a one year sentence and two counts of stealing for which he received a three year sentence and a fine of $100. Judgment affirmed. Rule 30.25(b).

**STATE of Missouri, Respondent,**

v.

**Gregory L. COOPERWOOD, Appellant.**

**Nos. WD 48225, WD 50436.**

Missouri Court of Appeals,
Western District.

Feb. 27, 1996.

Jarrett Aiken Johnson, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David G. Brown, Asst. Atty. Gen., Jefferson City, for respondent.

Before BRECKENRIDGE, P.J., and
ULRICH and LAURA DENVIR STITH, JJ.

### ORDER

PER CURIAM:

Defendant Gregory L. Cooperwood appeals his conviction of trafficking in the second degree. We have reviewed the briefs of the parties and the record on appeal and find no error. Because a published opinion reciting the detailed facts and restating the applicable principles of law would have no precedential value, we affirm by this summary order under Rules 30.25(b) and 84.16(b). In addition, the parties have been furnished with a memorandum opinion, for their information only, setting forth our reasoning.

Judgment affirmed. Rules 30.25(b), 84.16(b).